IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANDREW A. HERZOG, | ) | CASE NO. 8:08CV255 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CHEYENNE COUNTY MENTAL HEALTH BOARD, and CHEYENNE COUNTY ATTORNEY, | ) ) ) ) | |
| Respondents. | ) | |

This matter is before the court on Petitioner's Motion to Reopen which the court liberally construes as a Motion for Reconsideration. (Filing No. 23.) In his Motion, Petitioner seeks reconsideration of the court's April 15, 2009, Memorandum and Order and Judgment which dismissed Petitioner's habeas corpus claims without prejudice because he failed to exhaust his state remedies. (Filing Nos. 21 and 22.) The court has carefully reviewed the record and finds no good cause to reconsider its previous Memorandum and Order and Judgment.

IT IS THEREFORE ORDERED that Petitioner's Motion to Reopen (Filing No. 23), construed as a Motion for Reconsideration, is denied.

DATED this 12th day of July, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.